**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  **TEL. (212) 686-8111**
**NEW YORK & FLORIDA**  **FAX. (212) 202-7800**
  **E-MAIL: rpalma177@gmail.com**

September 19, 2021

Hon. Katherine Polk Failla
United States District Judge
U.S. District Court for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007



    **Re:**    **U.S. v. Cuartas Villeagas, et al., 21 Cr. 099 (KPF)**
**Joint Defense Request for an Order Requiring U.S. Marshals Service to Permit Below-Named Defendants to Remain in the Holding Pens for a Co-Defendant Meeting *Immediately Following* the September 28th Pretrial Conference.**

Dear Judge Failla:

    Co-Counsels, Ms. Zawadi Baharanyi and Mr. Daniel Parker, and I respectfully request that Your Honor order the U.S. Marshals Service to permit our respective clients (Pablo Camero Bernal #217003331, Jesus Morelo Castillo #20210344, and Jose Castillo Berrio #217003340) to remain in the holding pens immediately following the September 28th pretrial conference for a co-defendant meeting. We expect this meeting to last no more than an hour.

    If there are any questions about this request, we are prepared to address them at Your Honor's convenience. We await the Court's instructions.

    Thank you.

                                                  Respectfully submitted,
                                                  s/Richard Palma
                                                  Richard Palma

Application GRANTED.  The U.S. Marshals are hereby ORDERED to permit the above-specified defendants to remain in the holding pens for the purpose of convening a co-defendant meeting following the conclusion of the pretrial conference scheduled in this matter for September 28, 2021, at 10:00 a.m.  The Defendants shall be permitted to stay for a maximum of one hour after the end of this conference.

Date:      September 20, 2021             SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE