**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**                                                   TEL. (212) 686-8111
**NEW YORK & FLORIDA**                                                  FAX. (212) 202-7800
                                                                        E-MAIL: rpalma177@gmail.com

October 18, 2021

Honorable Katherine Polk Failla
United States District Judge
U.S. District Court for the S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007



> **Re:   U.S. v. Cuartas Villegas, et al., 21 Cr. 099 (KPF)**
> **Third Joint Defense Request for U.S. Marshals Service to**
> **Produce Below-Named Defendants for a Co-Defendant Meeting to be Held at**
> **U.S. Courthouse.**

Dear Judge Failla:

    Co-Counsels, Ms. Zawadi Baharanyi and Mr. Daniel Parker, and myself respectfully request Your Honor authorize a third codefendant meeting at the U.S. Courthouse this time for 2-hours ordering the U.S. Marshals Service to produce our respective clients (Pablo Camero Bernal #217003331, Jesus Morelo Castillo #20210344, and Jose Castillo Berrio #217003340) on Thursday, October 28, 2021. We ask that we hold this meeting at the 4th floor holding pen of the 500 Pearl Street courthouse from 10 A.M. to 12 Noon. In addition to the attorneys and the clients, a Spanish interpreter will be required for the meeting. All necessary COVID-19 safety precautions will be observed.

    Finally, we recognize the burden this request places on court services, in particular the U.S. Marshals Service, but since our request to hold this meeting was denied because of COVID-19 restrictions at the Essex County Corrections Department, **See Doc. 36**, we have no alternative but to seek Your Honor's assistance in holding this meeting at the S.D.N.Y. courthouse.

    If there are any questions about this request, we are prepared to address them more thoroughly at Your Honor's convenience. We await the Court's instructions.

    Thank you.

                                                         Respectfully submitted,
                                                        s/Richard Palma
                                                        Richard Palma

Application GRANTED.  Due to social distancing protocols implemented by the Southern District of New York, the Court will permit Defendants to hold their requested co-defendant meeting in a courtroom with ample space to accommodate the attendees.

Accordingly, the U.S. Marshals Service is hereby ORDERED to produce Defendants Pablo Camero Bernal, Jesus Morelo Castillo, and Jose Castillo Berrio in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York on October 28, 2021, at 10:00 a.m.  This order of production is for the limited purpose of permitting the aforementioned defendants to meet with their counsel and co-defendants.  This meeting is to terminate no later than 12:00 p.m. on that same day, at which time the defendants are to be returned to the Essex County Correctional Center.

The Clerk of Court is directed to terminate the pending motion at docket entry 39.

Date:    October 19, 2021         SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE