**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2022



**BY ECF**
Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Pablo Camero Bernal, 21 Cr. 99 (KPF)

Dear Judge Failla,

   As previously discussed with Chambers, I am unable to appear in person for tomorrow's status conference. Therefore, I respectfully request permission to appear by telephone and access to a telephone line for tomorrow's conference.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender of New York
917-612-2753

cc:   AUSA Jacob Gutwillig (ECF)
      AUSA Kyle Wirshba (ECF)

---

Application GRANTED.  Ms. Baharanyi shall be permitted to make a remote appearance at the upcoming status conference.  At the appointed time, she shall call (888) 363-4749 and enter access code 5123533.

The Clerk of Court is directed to close the motion at docket entry 49.

Dated:    March 10, 2022              SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE