UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>PABLO EFRAIN CAMERO BERNAL,<br><br>Defendant. | 21 Cr. 99-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In order to facilitate the participation of all of the necessary parties, the change of counsel hearing scheduled to take place on February 17, 2023, is hereby **ADJOURNED to February 21, 2023, at 12:15 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   February 16, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge