# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

September 25, 2023

**VIA ECF & EMAIL**
The Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  *United States v. Pablo Efrain Camero Bernal*
     **21 Cr. 99 (KPF)**

Dear Judge Failla:

     I was assigned to represent Pablo Efrain Camero Bernal on February 21, 2023. Although he previously wrote the Court on September 21, 2023, requesting new counsel, after visiting him on September 14, my understanding from Mr. Bernal was that the request was withdrawn. I met with Mr. Bernal again on September 18 and reviewed the plea agreement with him at length. Counsel met with Mr. Bernal today to answer any additional questions he had regarding the agreement and discuss his allocution with him. Upon arriving, Mr. Bernal renewed his request for a new attorney and did not want to proceed with the meeting. Accordingly, it is respectfully requested that the Court schedule a conference as soon as possible so this matter may be resolved. The Court's time and consideration of this matter are greatly appreciated.

                                         Respectfully submitted,

                                         / s /

                                         Margaret M. Shalley

cc:    AUSA Kyle Wirshba
         AUSA Jacob Gutwillig
         (*via ECF and Email*)

1

Application GRANTED.  The Court will hold a hearing in this matter on **September 28, 2023**, at **12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10011.

Dated:     September 26, 2023           SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE