UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>PABLO EFRAIN CAMERO BERNAL,<br><br>Defendant. | 21 Cr. 99-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has learned that the Government and Defendant have reached a tentative plea agreement. Accordingly, the parties are ORDERED to appear for a change of plea hearing on **October 18, 2023**, at **10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   October 13, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge