## UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF NEW YORK

### (Foley Square-Division)

PABLO CAMERO-BERNAL

**MEMO ENDORSED**

                            Petitioner,

v.

                                        Case No.1:21-cr-00099-KPF-2
                                        (Honor. Katherine Polk Failla)

UNITED STATES OF AMERICA

                            Respondent.

## MOTION REQUESTING RETURN OF PROPERTY
## PURSUANT TO FED.R.CRIM.P. 41(g)

COMES NOW, PABLO CAMERO-BERNAL, PETITIONER, Pro-Se, and hereby files this Motion seeking relief from this Honorable Court, REQUESTING RETURN OF PROPERTY PURSUANT TO FED.R.CRIM.P.41(g). In support thereof, Petitioner respectfully submits the following:

This Court is respectfully reminded that Petitioner is proceeding Pro-Se and expects that his pleadings will be liberally construed under Haines v. Kerner, 404 U.S. 519,520,92, S.Ct. 594,30L.ed.2d 652(1972).

1

## ARGUMENT

1. This is a request for the return of Petitioner's property which was seized from him by the United States Government at the time of his arrest on December 28,2020. Petitioner's projected release date is March/17/2025 via GCT Projected Release Date.

2. On December 28,2020, Petitioner was arrested by the United States Law Enforcement Officers from the DEA (Drug Enforcement Administration pursuant to an Indictment on Federal Case above mentioned, and at the moment of Petitioner's arrest the United States Agents from the DEA took custody of Petitioner's personal property and maintained them in their possession and custody.

3. Petitioner's property consisted of the following items:

- Colombian Identification Card

- Colombian Passport

- Colombian Driver's License (Auto and Motorcycle)

- Debit Banking Card

- An Invicta yellow watch

- Gold Chain of 18K with a figure in gold of a ship ruder and an anchor

- An iPhone 12 Pro-Max

- wallet

- Sport Cap

2

• 1.000 thousand dollars' bills.

4. Since his arrest Petitioner has never seen or known about his property again. Petitioner did not collect them at his arrival at his designated and current location; F.C.I. Fort Dix, Petitioner has informed his Counselor and Case Manager about having not received his seized property, who then made inquiries at intake and has already confirmed that his property is not at F.C.I. Fort Dix, Federal Correctional Institution possession.

5. Importantly, Petitioner has never received any notification whatsoever, written or otherwise, from either the, Home Land Security, Drug Enforcement Administration, Federal Bureau of Investigations or the United States Attorney's Office or the Federal Bureau of Prisons as to the disposition of his aforementioned property.

6. Petitioner respectfully request this Court's assistance in ascertaining the whereabouts and return of his property.

7. In any event, after Petitioner be released from Federal Bureau of Prison custody, Petitioner will be authorizing a person to claim and pickup his property from the Government Custody.

8. Petitioner respectfully submits that The Homeland Security Department, The Drug Enforcement Agency, The Federal Bureau of Investigations, The Attorney's Office and the Federal Bureau of Prisons are collectively responsible for his personal property. In the event that

his property is not located, or they have been otherwise disposed of, Petitioner intends to take legal action to recover the value of his property.

9. In light of the foregoing, Petitioner respectfully request that this Court, order plaintiff to immediately initiate efforts to locate and return Petitioner's property and grant any other relief that it deems proper, necessary and just.

Respectfully Submitted                    Date: December 06,2024

*Pablo Camero B.*

PABLO CAMERO-BERNAL
Register No.21136-104
F.C.I. Fort Dix
Federal Correctional Facility
P.O. Box 2000
Joint Base MDL, NJ 08640.

## CERTIFICATE OF SERVICE

I, PABLO CAMERO-BERNAL, HEREBY CERTIFY, that a true and correct copy of the foregoing was placed in the Legal Mail-Box, with proper, first-class postage affixed, addressed to, Office of the U.S. Attorney's Office at 1 St Andrew's Plaza, New York, NY 10007 on this 6th day of December,2024.

Respectfully Submitted,

PABLO CAMERO-BERNAL
Register No.21136-104
F.C.I. Fort Dix
Federal Correctional Facility
P.O. Box 2000
Joint Base MDL, NJ 08640

5

PABLO CAMERO-BERNAL
Register No.21136-104
F.C.I. Fort Dix
Federal Correctional Facility
P.O. Box 2000
Joint Base MDL, NJ 08640


TO:


**United States District Court**
for the New York Southern District
(Foley-Square)
One Saint Andrew's Plaza
New York, NY 10007

Pablo Carmelo Bernal

Reg No 21136.104

FCI Fort Dix

Federal Correctional Facility

P.O Box 2000

Joint Base MDL, NJ
    08640



RECEIVED

FEB 19 2025

PRO SE OFFICE

Criminal
Docketing

Retail

 

10007

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
PORT RICHEY, FL 34668
FEB 14, 2025

$1.77

S2324D501944-30

To: United states District
For the New York south
District (Foley square)
One saint Andrew's Pl
    New York, NY
        10007

The Government has informed the Court via email that the issues raised in the above motion have been resolved, and the motion is thus DENIED as moot. Mr. Camero Bernal shall contact the Government if there is other property that has not been returned.

The Clerk of Court is directed to terminate the pending motion at docket entry 160.

The Clerk of Court is further directed to mail a copy of this endorsement to the following address:

        Pablo Camero Bernal
        Register No. 21136-104
        F.C.I. Fort Dix
        Federal Correctional Facility
        P.O. Box 2000
        Joint Base MDL, NJ 08640

Dated:      December 18, 2025          SO ORDERED.
            New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE